UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALEJANDRO NUNEZ SANCHEZ and
ROSENDO NUNEZ, *on behalf of themselves,*
*FLSA Collective Plaintiffs, and the Class,*

                Plaintiffs,

    v.

BAVARIAN MANSION, LLC,
    d/b/a BAVARIAN MANOR COUNTRY
      INN & RESTAURANT,
FIVE FURLONGS TAVERN LLC,
    d/b/a FIVE FURLONGS TAVERN, and
GARRETT DOYLE,

                Defendants.

Case No: 1:24-cv-00693

**NOTICE OF MOTION**
**FOR DEFAULT JUDGMENT**

---

    **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiffs ALEJANDRO NUNEZ SANCHEZ and ROSENDO NUNEZ, hereby move for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiffs ALEJANDRO NUNEZ SANCHEZ and ROSENDO NUNEZ against Defendants BAVARIAN MANSION, LLC, FIVE FURLONGS TAVERN LLC, and GARRETT DOYLE, together with such other relief as the Court deems just and proper.

    Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiffs' Damage Calculations, and proposed Order for Default Judgment.

Dated: November 18, 2024
       New York, New York

By:    */s/ C.K. Lee*
       C.K. Lee, Esq. (CL 4086)
       **LEE LITIGATION GROUP, PLLC**
       148 West 24th Street, 8th Floor
       New York, NY 10011
       Tel: (212) 661-1008
       Fax: (212) 465-1181
       *Attorneys for Plaintiffs*